People of State of Illinois, Defendant in Error, v. Stanley Sumoski, Plaintiff in Error.

Gen. No. 43,439.

Heard in the first division, first district, this court at the June term, 1945; opinion filed October 15, 1945; rehearing denied October 30, 1945; released for publication October 30, 1945. Thaddeus C. Toudor, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

American National Bank and Trust Company of Chicago, Appellee, v. National Mineral Company, Appellant.

Gen. No. 43,468.

Heard in the first division, first district, this court at the June term, 1945; opinion filed October 15, 1945; released for publication October 30, 1945. Adolph A. Rubinson, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson and Ben Liss, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.